WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Kristina M. Pelletier, Esq., SBN 279533
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
kpelletier@wrightlegal.net

Attorney for Defendant,
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES V. BUNCE , <br><br>          Plaintiff, <br>     vs. <br><br> OCWEN LOAN SERVICING, LLC and DOES 1-10 inclusive, <br><br>          Defendants. | Case No.:  2:13-CV-00976-WBS-EFB <br><br> **ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY** <br><br> *[Filed Concurrently with Notice of Request to Appear Telephonically]* <br><br> <u>**Hearing:**</u> <br> Date:    July 15, 2013 <br> Time:    2:00 p.m. <br> Ctrm:    5 |

///
///
///
///
///
///
///

1

_____
[PROPOSED] ORDER GRANTING DEFENDANT''S REQUEST TO APPEAR TELEPHONICALLY

1  Pursuant to the written request by counsel for Defendant, OCWEN LOAN
2  SERVICING, LLC, to telephonically attend the hearing for the Motion to Dismiss
3  Complaint set for July 15, 2013, this Court hereby grants such request.
4  The courtroom deputy shall email counsel with instructions on how to participate
5  in the telephone conference call.

**IT IS SO ORDERED.**

Dated:  June 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT''S REQUEST TO APPEAR TELEPHONICALLY