Joel M. Feinstein, Esq. SBN: 177546
*jfeinstein@joelfeinsteinlaw.com*
Chris T. Nguyen, Esq. SBN: 259922
*chris.nguyen@joelfeinsteinlaw.com*
Law Offices of Joel M. Feinstein, APC
2021 Business Center Drive, Suite 213
Irvine, CA 92612
Tel.: (949) 419-8912
Fax: (888) 900-5155

Attorney for Plaintiff,
James V. Bunce

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES V. BUNCE,<br><br>  Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:13-CV-00976 WBS (EFB)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>*[Filed concurrently with Notice of Request to Appear Telephonically]*<br><br><u>Hearing Date:</u><br><br>Date: July 15, 2013<br>Time: 2:00pm<br>Ctrm: 5<br><br>*Assigned to the Honorable William B. Shubb* |

Pursuant to the written request by counsel for Plaintiffs, James V. Bunch, to telephonically attend the hearing for the Motion to Dismiss Complaint set for July 15, 2013, this Court hereby grants such request.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated:  June 25, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE