1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              ----oo0oo----

11

12   JAMES V. BUNCE,                    No. CIV. 2:13-00976 WBS EFB

13            Plaintiff,

14       v.                             ORDER RE: MOTION TO DISMISS

15   OCWEN LOAN SERVICING, LLC; and
     DOES 1-10 inclusive,
16
              Defendants.
17

18                              ----oo0oo----

19

20          Plaintiff filed a First Amended Complaint ("FAC") on

     August 5, 2013, bringing claims for: (1) violation of the
21
     California Homeowner Bill of Rights, Cal. Civ. Code. § 2923.55;
22
     (2) breach of the implied covenant of good faith and fair
23
     dealing; (3) negligence; and (4) violation of California Unfair
24
     Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 et seq.
25
     (See FAC ¶¶ 20-64 (Docket No. 19).)  Defendant now moves to
26
     dismiss the FAC pursuant to Rule 12(b)(6).  (Docket No. 25.)
27
     Plaintiff has filed a statement of non-opposition to defendant's
28

                                       1

1  motion to dismiss.   (Docket No. 27.)

2          IT IS THEREFORE ORDERED that defendant's motion to

3  dismiss be, and the same hereby is, GRANTED.

4          Plaintiff has twenty days from the date of this Order

5  to file an amended complaint, if plaintiff can do so consistent

6  with the court's previous Order of July 17, 2013.

7  Dated:   September 30, 2013

8  _____

   WILLIAM B. SHUBB
9  UNITED STATES DISTRICT JUDGE

2