UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES V. BUNCE,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1-10 inclusive,<br><br>    Defendants. | No. CIV. 2:13-00976 WBS EFB<br><br><br>ORDER RE: MOTION TO DISMISS |

----oo0oo----

Plaintiff filed a First Amended Complaint ("FAC") on August 5, 2013, bringing claims for: (1) violation of the California Homeowner Bill of Rights, Cal. Civ. Code. § 2923.55; (2) breach of the implied covenant of good faith and fair dealing; (3) negligence; and (4) violation of California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 et seq. (See FAC ¶¶ 20-64 (Docket No. 19).)  Defendant now moves to dismiss the FAC pursuant to Rule 12(b)(6).  (Docket No. 25.) Plaintiff has filed a statement of non-opposition to defendant's

1

1 | motion to dismiss.  (Docket No. 27.)

2 |       IT IS THEREFORE ORDERED that defendant's motion to
3 | dismiss be, and the same hereby is, GRANTED.

4 |       Plaintiff has twenty days from the date of this Order
5 | to file an amended complaint, if plaintiff can do so consistent
6 | with the court's previous Order of July 17, 2013.

7 | Dated:  September 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2