# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES V. BUNCE,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:13-CV-00976-WBS-EFB<br><br>*Assigned to Honorable William B. Shubb*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*[Filed Concurrently with Stipulation for Dismissal]* |

Pursuant to the Stipulation of the Parties herein, and for good cause appearing, **THE COURT ORDERS AS FOLLOWS:**

    1.    The entire action is dismissed WITH PREJUDICE.

///

///

///

///

**IT IS SO ORDERED AND ADJUDGED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendant, OCWEN LOAN SERVICING, LLC, and against Plaintiff, JAMES V. BUNCE,

**IT IS SO ORDERED.**

Dated: October 15, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE